UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA NATIONAL ASSOCIATION,<br><br>                Plaintiff(s),<br><br>V.<br><br>JOSE MEDOZA,<br>                Defendant(s), | Case No.  C06-4271 BZ<br><br>**ORDER RE APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

    ( **X** )  **IT IS ORDERED** that the application to proceed *in forma pauperis* is **GRANTED** .

    **IT IS FURTHER ORDERED** that the defendant shall serve the removal papers and court's orders upon plaintiff's counsel.

    (  )  **IT IS ORDERED** that the application to proceed *in forma pauperis* is **DENIED**, and that the filing fee of $350.00 be paid no later than _____ . Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

    (  )  **IT IS ORDERED** that the application to proceed *in forma pauperis* is **DENIED** and that plaintiff is further **ORDERED** to make partial payment of the filing fee in the amount of
$_____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: September 21, 2009

                                                 United States Magistrate Judge
                                                 Bernard Zimmerman