UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA NATIONAL ASSOCIATION,<br><br>          Plaintiff(s),<br><br>V.<br><br>JOSE MEDOZA,<br>          Defendant(s), | Case No.  C09-4271 BZ<br><br>**AMENDED<br>ORDER RE APPLICATION<br>TO PROCEED<br>*IN FORMA PAUPERIS*<br><br>(CORRECTS CASE NO.)** |

( **X** )   **IT IS ORDERED** that the application to proceed *in forma pauperis* is **GRANTED** .

       **IT IS FURTHER ORDERED** that the defendant shall serve the removal papers and court's orders upon plaintiff's counsel.


( )   **IT IS ORDERED** that the application to proceed *in forma pauperis* is **DENIED**, and that the filing fee of $350.00 be paid no later than _____ .  Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.


( )   **IT IS ORDERED** that the application to proceed *in forma pauperis* is **DENIED** and that plaintiff is further **ORDERED** to make partial payment of the filing fee in the amount of
$_____ by _____.  Failure to pay this amount will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.


Dated: September 21, 2009

*Bernard Zimmerman*
United States Magistrate Judge
Bernard Zimmerman

G:\BZALL\-BZCASES\BANK OF AMERICA V. MEDOZA\IFP ORDER.wpd