UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION, <br><br> Plaintiff(s), <br><br> v. <br><br> JOSE MEDOZA, <br><br> Defendant(s). | No. C 09-4271 BZ <br><br> **AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

By Order dated September 15, 2009, a case management conference was scheduled for December 28, 2009 at 4:00 p.m., in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

A joint case management statement was due December 21, 2009. No statement has been filed. **IT IS THEREFORE ORDERED** as follows:

1. The case management conference is continued to **Monday, January 4, 2010 at 4:00 p.m.** A joint case management statement, or separate statements if the parties are unable to agree, shall be filed by **December 29, 2009.**

1

2. Defendant, as removing party, shall **serve a copy** of this Order on plaintiff.

3. Defendant shall by **December 29, 2009**, comply with Local Rule 3-4(a)(1).

Dated: December 23, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

N:\YiuA\CMO\(Amended) ORDER CONTINUING CMC.wpd