UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION, | ) ) ) | No. C 09-4271 BZ |
| Plaintiff(s), | ) ) ) | |
| v. | ) ) | **ORDER TO SHOW CAUSE** |
| JOSE MEDOZA, | ) ) | |
| Defendant(s). | ) ) ) | |

Having read the plaintiff's case management statement, **IT IS ORDERED** as follows:

1. Defendant Jose Medoza shall show cause or explain in writing by **January 13, 2010**, why he did not file a case management statement or comply with Local Rule 3-4(a)(1) as ordered on December 23, 2009.

2. Defendant shall also respond to the statements in paragraph C of plaintiff's case management statement to the effect that "defendant Jose Medoza does not exist, and is a fictitious tenant made up by Sergio Mendez." Defendant is

cautioned that if plaintiff is correct, defendant may have violated Federal Rule of Civil Procedure 11 and subjected himself to appropriate sanctions.

3. A hearing on the Order to Show Cause is scheduled for **Monday, January 25, 2010 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The parties, including the defendant Medoza or, if the plaintiff is correct, Sergio Mendez, must appear in person on **January 25, 2010**.

4. The case management conference scheduled for Monday, January 4, 2009 at 4:00 p.m. is **VACATED**.

Dated: December 30, 2009

                              Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-BZCASES\BANK OF AMERICA V. MEDOZA\ORDER TO SHOW CAUSE.wpd