UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>Plaintiff(s),<br><br>v.<br><br>JOSE MEDOZA,<br><br>Defendant(s). | No. C 09-4271 BZ<br><br>**SECOND ORDER TO SHOW CAUSE** |

On December 30, 2009, defendant Jose Medoza was ordered to show cause why he should not be sanctioned for a number of failures to comply with Court orders and Local Rules. On January 15, 2010, defendant filed a declaration in response to the Order to Show Cause. Much of his declaration is non-responsive, addressing issues that occurred in state court. Others simply accuse the plaintiff and its counsel of mistreating him. Nowhere does he explain why he did not provide the Court with his telephone number, as required by the Local Rule and this Court's prior orders or why he failed

1

to attend any of the prior conferences and the show cause hearing as ordered on December 30, 2009.

**IT IS THEREFORE ORDERED** as follows:

1. A hearing on whether defendant shall be held in contempt of court or otherwise sanctioned pursuant to Federal Rules of Civil Procedure 16(f) for his repeated failures to comply with Court orders is scheduled for **Monday, February 22, 2010 at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. Defendant Jose Medoza **MUST** appear in person and show cause why he should not be held in contempt or otherwise sanctioned for his repeated failures to comply with Court orders. If Mr. Medoza fails to appear as **ORDERED**, a warrant for his arrest will issue.

Dated: January 27, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BANK OF AMERICA V. MEDOZA\SECOND ORDER TO SHOW CAUSE.wpd