UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BANK OF AMERICA,

        Plaintiff,

  v.

JOSE MEDOZA et al,

        Defendant.
                               /

Case Number: CV09-04271 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2010, I SERVED a true and correct copy(ies) of the attached **SECOND ORDER TO SHOW CAUSE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Medoza
22 San Tomas Court
Pittsburg, CA 94565

Dated: January 27, 2010

                                          Richard W. Wieking, Clerk
                                          By: Rose Maher, Deputy Clerk

                                          *Rose Maher*